IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ML PROPERTIES, LLC, ML MANUFACTURING LLC, and MARCUS LEMONIS, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-984 |
| v. | : : | |
| PRECISE GRAPHIX, LLC, MKD REAL ESTATE LLC, and KEITH LYDEN, | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of November, 2021, it is hereby **ORDERED** that the court will hold a telephone conference on the record on **Tuesday, November 23, 2021**, at **3:30 p.m.** Counsel shall call 1-571-353-2300 and use pin 363973916# to enter the conference call.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.